JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE RUIZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION, A CALIFORNIA CORPORATION and DOES 1 TO 20, inclusive,<br><br>　　　　　Defendants, | CASE NO. 5:21-cv-01844-FWS-SPx<br><br>**ORDER** |

　　　The Court hereby vacates all currently set dates and dismisses this case with prejudice.

Dated: July 18, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE